# United States Bankruptcy Court
# Central District of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

**DEBTOR(S) INFORMATION:**
Robert Roy Hessman
**SSN:** xxx−xx−7830
**EIN:** N/A

45802 Shasta Ln
Temecula, CA 92592−1384

**BANKRUPTCY NO.** 6:26−bk−16014−RB
**CHAPTER** 13

Notice is hereby given of the entry of an order of this Court confirming a chapter 13 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: November 4, 2026

For The Court,
**Kathleen J. Campbell**
Clerk of Court