United States Bankruptcy Court
Central District of California

In re: Case No. 26-16014-RB
Robert Roy Hessman Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6 User: admin Page 1 of 3
Date Rcvd: Nov 04, 2026 Form ID: ntc13pln Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Robert Roy Hessman, 45802 Shasta Ln, Temecula, CA 92592-1384 |
| 43231728 | | AAA of Southern California, PO Box 25001, Santa Ana, CA 92799-5001 |
| 43231738 | | Lisa Hessman, 45802 Shasta Ln, Temecula, CA 92592-1384 |
| 43309362 | + | Wolf Creek/Avalon Management Group, 43529 Ridge Park Drive, Temecula CA 92590-3690 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: USCBNotices@cdtfa.ca.gov | Nov 04 2026 23:48:00 | California Department of Tax and Fee Administratio, Collections Support Bureau, MIC 29, PO Box 942879, Sacramento, CA 94279-0029 |
| smg | | Email/Text: itcdbg@edd.ca.gov | Nov 04 2026 23:47:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Nov 04 2026 23:48:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 04 2026 23:43:21 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 43231729 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Nov 04 2026 23:47:00 | Bank of America, PO Box 982284, El Paso, TX 79998-2284 |
| 43231730 | | Email/PDF: MarletteBKNotifications@resurgent.com | Nov 04 2026 23:43:46 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 43231731 | | Email/Text: rm-bknotices@bridgecrest.com | Nov 04 2026 23:47:00 | Bridgecrest Credit, 7300 E Hampton Ave, Mesa, AZ 85209-3324 |
| 43231732 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2026 23:43:46 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 43308514 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2026 23:43:21 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 43237997 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 04 2026 23:43:21 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 43231733 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2026 23:43:25 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 43231734 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 04 2026 23:43:21 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 43231735 | | Email/Text: Mercury@ebn.phinsolutions.com | Nov 04 2026 23:47:00 | First Bank & Trust / Mercury, Po Box 84064, Columbus, GA 31908-4064 |
| 43231736 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 04 2026 23:47:00 | Goldman Sachs / Apple Card, Lockbox 6112, PO |

| | | | | |
|---|---|---|---|---|
| | | | | Box 7247, Philadelphia, PA 19170-0001 |
| 43231737 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 04 2026 23:47:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 43308594 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 04 2026 23:47:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 43358247 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2026 23:43:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 43316491 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 04 2026 23:43:33 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 43231740 | | Email/Text: ml-ebn@missionlane.com | Nov 04 2026 23:47:00 | Mission Lane Tab Bank, Po Box 105286, Atlanta, GA 30348-5286 |
| 43231739 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 04 2026 23:43:33 | Merrick Bank, 10705 S Jordan Gtwy #200, South Jordan, UT 84095-3977 |
| 43231741 | | Email/PDF: ebnotices@pnmac.com | Nov 04 2026 23:43:38 | PennyMac Loan Services, PO Box 514387, Los Angeles, CA 90051-4387 |
| 43342238 | + | Email/PDF: ebnotices@pnmac.com | Nov 04 2026 23:43:38 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 43351134 | | Email/Text: bnc-quantum@quantum3group.com | Nov 04 2026 23:47:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 43231742 | + | Email/Text: bankruptcy@regionalmanagement.com | Nov 04 2026 23:47:00 | Regional Finance, 979 Batesville Road, Suite B, Greer, SC 29651-6819 |
| 43309901 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2026 23:43:22 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 43231743 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 04 2026 23:43:46 | Synchrony, PO Box 965036, Orlando, FL 32896-5036 |
| 43231744 | | Email/Text: bankruptcy@td.com | Nov 04 2026 23:47:00 | TD Bank / Nordstrom, PO Box 6555, Englewood, CO 80155-6555 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| 43358248 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor Bridgecrest Credit Company LLC as Agent and Servicer for Carvana, LLC, c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Benjamin Heston | on behalf of Debtor Robert Roy Hessman bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Joseph C Delmotte | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

# United States Bankruptcy Court
# Central District of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

**DEBTOR(S) INFORMATION:**
Robert Roy Hessman
**SSN:** xxx−xx−7830
**EIN:** N/A

45802 Shasta Ln
Temecula, CA 92592−1384

**BANKRUPTCY NO.** 6:26−bk−16014−RB
**CHAPTER** 13

Notice is hereby given of the entry of an order of this Court confirming a chapter 13 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: November 4, 2026

For The Court,
**Kathleen J. Campbell**
Clerk of Court